|[pic] |
| |
|Court of Appeals |
|Second District of Texas |
|CHIEF JUSTICE | |CLERK |
|TERRIE LIVINGSTON |TIM CURRY CRIMINAL JUSTICE CENTER | |
| |401 W. BELKNAP, SUITE 9000 |DEBRA SPISAK |
|JUSTICES |FORT WORTH, TEXAS 76196-0211 | |
|LEE ANN DAUPHINOT | |CHIEF STAFF ATTORNEY |
|ANNE GARDNER |TEL: (817) 884-1900 |LISA M. WEST |
|SUE WALKER | | |
|BILL MEIER |FAX: (817) 884-1932 |GENERAL COUNSEL |
|LEE GABRIEL | |CLARISSA HODGES |
|BONNIE SUDDERTH |www.txcourts.gov/2ndcoa | |

 September 24, 2015

|Tiffney Lynne McAdoo | |
|P.O. Box 330274 | |
|Fort Worth, TX 76163 | |

RE: Court of Appeals Number: 02-15-00157-CR, 02-15-00158-CR
 Trial Court Case Number: 1247940R, 1247941R

Style: Tiffney Lynne McAdoo
 v.
 The State of Texas

Dear Ms. McAdoo:

 We received your request for additional time to file a petition for
discretionary review on September 21, 2015, for the above cause.

 This is not the proper court for such a request.

 As of September 1, 2011, all motions regarding a petition for
discretionary review and any petition for discretionary review should be
filed directly with the Court of Criminal Appeals in Austin, Texas. See
Tex. R. App. P. 68.3. Therefore, we have forwarded your document to:

 CLERK, COURT OF CRIMINAL APPEALS
 SUPREME COURT BUILDING
 201 W. 14TH STREET, RM. 106
 AUSTIN, TX 78701

 Respectfully yours,

 DEBRA SPISAK, CLERK
 [pic]
 By: Karen Brown, Deputy Clerk

|cc: |Debra A. Windsor |
| |Assistant District Attorney |
| |401 W. Belknap St. |
| |Fort Worth, TX 76196-0201 |
| | |
| |Roberta Walker |
| |2363 Hwy. 287 N., Ste. 202 |
| |Mansfield, TX 76063 |